# United States Court of Appeals
### For The District of Columbia Circuit
_____

No. 14-5013                                                September Term, 2014

1:13-cv-00260-JEB

Filed On: December 4, 2014 [1525444]

Electronic Privacy Information Center,

       Appellee

    v.

United States Department of Homeland
Security,

       Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for December 11, 2014, at 9:30 A.M.:

    Appellant    -    15 Minutes

    Appellee    -    15 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judge Rogers and Senior Circuit Judges Sentelle and Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 5, 2014.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)