# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5013**　　　　　　　　　　　　　　　　**September Term, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　**1:13-cv-00260-JEB**

　　　　　　　　　　　　　　　　　　　　　　**Filed On:** May 13, 2015

Electronic Privacy Information Center,

　　　　Appellee

　　v.

United States Department of Homeland Security,

　　　　Appellant

**BEFORE:**　Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges; Sentelle and Randolph, Senior Circuit Judges

### O R D E R

　　Upon consideration of appellee's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

　　**ORDERED** that the petition be denied.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Ken R. Meadows
　　　　　　　　　　　　　　　　　　Deputy Clerk